# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) | Case: 1:22–mj–00228 |
|---|---|---|
| v. | ) | Assigned To : Magistrate Judge Upadhyaya, Moxila A. |
| DAVID RENE ARREDONDO | ) | Assign. Date : 10/24/2022 |
|  | ) | Description: Complaint w/ Arrest Warrant |

*Defendant(s)*

## AMENDED CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of _January 6, 2021_ in the county of _____ in the _____ in the District of _Columbia_, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1752(a)(1) | Entering and Remaining in a Restricted Building or Grounds, |
| 18 U.S.C. § 1752(a)(2) | Disorderly and Disruptive Conduct in a Restricted Building or Grounds, |
| 18 U.S.C. § 1752(a)(4) | Engaging in Physical Violence in a Restricted Building or Grounds, |
| 40 U.S.C. § 5104(e)(2)(D) | Disorderly or Disruptive Conduct in the Capitol Grounds or Buildings, |
| 40 U.S.C. § 5104(e)(2)(F) | Act of Physical Violence in the Capitol Grounds or Buildings, |
| 40 U.S.C. § 5104(e)(2)(G) | Parading, Demonstrating, or Picketing in a Capitol Building, |
| 18 U.S.C. § 231(a)(3) | Obstruction of Law Enforcement during Civil Disorder, |
| 18 U.S.C. § 111(a)(1) | Assaulting, Resisting, or Impeding Certain Officers. |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: 10/24/2022

*Judge's signature*

City and state: Washington, D.C.

Moxila A. Upadhyaya, U.S. Magistrate Judge
*Printed name and title*