IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DAVID RENE ARREDONDO,<br><br>Defendant. | CR NO. 22-CR-00373 (RCL) |

NOTICE OF APPEARANCE

NOW COMES the United States of America, through undersigned counsel, and gives notice that Raymond K. Woo, Assistant U.S. Attorney, hereby enters his appearance on behalf of the United States.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

Date: July 29, 2023        By:   /s/ Raymond K. Woo
                            Raymond K. Woo
                            Assistant United States Attorney, Detailee
                            AZ Bar No. 023050
                            United States Attorney's Office
                            601 D Street, N.W.
                            Washington, D.C.  20530
                            Telephone: (602) 514-7736
                            Email: raymond.woo@usdoj.gov

CERTIFICATE OF SERVICE

On this 29th day of July, a copy of the foregoing was served on counsel of record for the defendant via the Court's Electronic Filing System.

Date: July 29, 2023

By:  /s/ Raymond K. Woo
Raymond K. Woo
Assistant United States Attorney, Detailee
AZ Bar No. 023050
United States Attorney's Office
601 D Street, N.W.
Washington, D.C.  20530
Telephone: (602) 514-7736
Email: raymond.woo@usdoj.gov