UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | NO. EP-22-CR-373-RCL |
| DAVID RENE ARREDONDO | § § | |

**ORDER**

On this date came to be considered Defendant's Motion To Amend Conditions of Bond filed in this matter. The Court having considered the same is of the opinion that the Motion should be **GRANTED**.

**IT IS ORDERED,** that the Defendant's Conditions of Bond are **AMENDED** as follows:

_____
_____
_____
_____
_____
_____

SIGNED this ____ day of _____, 2023.


ROYCE C. LAMBERTH
UNITED STATES DISTRICT JUDGE