UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| V. | § § | NO. 22-CR-373-RCL |
| DAVID RENE ARREDONDO | § § § | |

**DEFENDANT'S UNOPPOSED MOTION TO CONTINUE TRIAL**

Defendant DAVID RENE ARREDONDO ("Mr. Arredondo"), by and through undersigned counsel, hereby files this motion to continue the trial, currently set for December 14, 2023, in the above-captioned matter, for approximately 90 days, and in support thereof would show the following:

On November 16, 2022, Mr. Arredondo was indicted for 8 separate criminal counts. *See* Doc. No. 14. He was arraigned on December 1, 2022 and jury trial was set for December 14, 2023. The Court set the case for pretrial conference on November 29, 2023.

Undersigned counsel has been diligently investigating the case but needs additional time to gather information necessary to prepare his defense. Counsel needs additional time to effectively review discovery, investigate the case fully, continue negotiations with the Government, confer with Mr. Arredondo, and file any necessary pretrial motions. Undersigned counsel is also based in El Paso, Texas, furthering the need for additional time given the travel requirements to conduct investigations. In order to ensure that Mr. Arredondo's counsel effectively investigates and defends the case against him, Mr. Arredondo requests a continuance of trial until later, as well as

extensions of related trial deadlines.  Counsel for defendant has spoken with Assistant United States Attorney Raymond Woo who is unopposed to the granting of a 90-day trial continuance.

This Motion is not made for the purposes of delay but rather so that the ends of justice may be achieved. *See* 18 U.S.C. § 3161(h)(7).

WHEREFORE, for the reasons stated above and in the interests of justice, Mr. Arredondo asks that the Court grant this requested continuance until March 14, 2024 or later.

Respectfully Submitted,

Maureen Scott Franco
Federal Public Defender

/S/
JOHN P. CALHOUN
Assistant Federal Public Defender
Western District of Texas
Richard C. White Federal Building
700 E. San Antonio, D-401
El Paso, Texas 79901
(915) 534-6525
*Attorney for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of November, 2023, I electronically filed the foregoing with the Clerk of Courts using the CM/ECF system which will send notification of such filing to the following: AUSA, Raymond Woo, Office of the U.S. Attorney, 40 N. Central Ave., Ste 1800, Phoenix, Arizona 85004.

/S/
JOHN P. CALHOUN
*Attorney for Defendant*