UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | NO. 1:22-CR-373-RCL |
| DAVID RENE ARREDONDO | § § | |

### NOTICE OF INTENT TO PLEAD GUILTY
### AND REQUEST FOR CHANGE OF PLEA HEARING

Comes Now, the Defendant, David Rene Arredondo, by and through the undersigned attorney, and gives notice to this Honorable Court of his intention to change his Not Guilty plea to a Guilty plea to all counts in the superseding indictment now pending against Defendant.

**WHEREFORE, PREMISES CONSIDERED**, Defendant requests that this Honorable Court set this matter for a change of plea hearing in order that Defendant enter his plea of guilty to the pending indictment.

Respectfully Submitted,

Maureen Scott Franco
Federal Public Defender


          /S/
JOHN P. CALHOUN
Assistant Federal Public Defender
Western District of Texas
Richard C. White Federal Building
700 E. San Antonio, D-401
El Paso, Texas   79901
(915) 534-6525
*Attorney for Defendant*

## CERTIFICATE OF SERVICE

      I hereby certify that on the 7th day of December, 2023, I electronically filed the foregoing with the Clerk of Courts using the CM/ECF system which will send notification of such filing to the following: AUSA, Raymond Woo, Office of the U.S. Attorney, 601 D Street, NW; Washington, DC 20530.

                                        /S/
                                 JOHN P. CALHOUN
                                 *Attorney for Defendant*