UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | NO. 1:22-CR-373-RCL |
| | § | |
| DAVID RENE ARREDONDO | § | |

## MOTION TO MODIFY CONDITIONS OF RELEASE TO ALLOW TRAVEL TO WASHINGTON, D.C.

Comes now Defendant, David Rene Arredondo, before the Honorable Court and respectfully requests permission to amend the conditions of his Appearance Bond to allow him to travel to Washington D.C, for the purpose of meeting with counsel and attending his change of plea hearing currently scheduled January 3, 2024.   In support of the instant motion, Defendant would show the following:

I.

On or about November 8, 2022, United States Magistrate Judge C. Michael Harvey signed an Order Setting Conditions of Release for Mr. Arredondo.  *See* Order Setting Conditions of Release at Doc. 10.

Condition of Release 7(f) states,

"abide by the following restrictions on personal association, residence, or travel: Stay away from Washington, D.C. except for attendance Court proceedings, meeting with counsel, and required PSA business. See (t) for additional travel restrictions."

II.

This Honorable Court has scheduled the re-arraignment of Mr. Arredondo for January 3, 2024, at 12:30 p.m. Eastern Time. Given the massive flight cancellations in January 2023 as well

as the distance needed to travel from El Paso, Texas to Washington, D.C., Mr. Arredondo has made plans to fly from El Paso, Texas to Washington, D.C. on December 29, 2023, to meet with counsel and to attend his guilty plea January 3, 2024.

III.

Upon Mr. Arredondo advising his pretrial officer of his travel plans of leaving 4-5 days prior to his guilty plea, Pretrial Services has requested that Defendant file this Motion to Modify Conditions of 7(f) of the Conditions of Release to allow Mr. Arredondo to leave for Washington D.C. five days prior to his scheduled guilty plea. Counsel for Defendant has spoken with AUSA Raymond Woo about this Motion to Modify Conditions of Release to allow travel to Washington, D.C. and he is not opposed to the granting of this request.

**WHEREFORE, PREMISES CONSIDERED**, Mr. Arredondo requests that this Honorable Court grant this motion to modify the conditions of release to allow travel to Washington D.C. on December 29, 2023, to meet with counsel and attend his change of plea hearing.

Respectfully Submitted,

Maureen Scott Franco
Federal Public Defender


/S/
JOHN P. CALHOUN
Assistant Federal Public Defender
Western District of Texas
Richard C. White Federal Building
700 E. San Antonio, D-401
El Paso, Texas   79901
(915) 534-6525
*Attorney for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 20th day of December, 2023, I electronically filed the foregoing with the Clerk of Courts using the CM/ECF system which will send notification of such filing to the following: AUSA, Raymond Woo, Office of the U.S. Attorney, 601 D Street, NW; Washington, DC 20530.

/S/
JOHN P. CALHOUN
*Attorney for Defendant*