CO 526 Rev. 5/2018

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
)
vs. )  Criminal Case No.: 22cr373 (RCL)
)
DAVID RENE ARREDONDO )
)
)

## WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

_____
Defendant

_____
Counsel for Defendant

I consent:
_____
Assistant United States attorney

Approved:

_____          Date: 1/3/2024

Royce C. Lamberth
United States District Judge