UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

Case No: 22-CR-0373-RCL

v.

DAVID RENE ARREDONDO

Defendant.

ORDER

THIS MATTER came before the Court on the Government's Motion To Seal Defense Exhibit. The Court has been advised that defense exhibit no. 4, previously filed under docket entries 58 and 60, includes personal identifying information of the victim which should not be publicly available.

IT IS SO ORDERED that defense exhibit no. 4, previously filed on April 29, 2024 at ECF 58-4 and on May 1, 2024 at ECF 60-4, is to be placed under seal until further order of this Court.

Dated this 2nd day of May, 2024.

THE HONORABLE ROYCE C. LAMBERTH