UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DAVID RENE ARREDONDO,<br><br>Defendant. | Case No: 23-CR-373 (RCL) |

## FIRST MOTION TO CONTINUE SENTENCING

The United States, through undersigned counsel, respectfully moves this Court to continue the July 23rd sentencing hearing to sometime on August 8 or 9, 2024. Undersigned counsel is seeking to continue the hearing because of scheduling conflicts that will make it difficult to travel to Washington, D.C. for the July hearing. Mr. Arredondo's attorneys have no objection to the government's motion and are available on August 8 and 9.

WHEREFORE, the United States respectfully requests that this Court grant the unopposed motion to continue the sentencing hearing.

> For the United States:
> MATTHEW M. GRAVES
> UNITED STATES ATTORNEY
> D.C. Bar No. 481 052
>
> /s/*Raymond K. Woo*
> Raymond Woo
> AZ Bar No. 023050
> Assistant United States Attorney
> 601 D Street, N.W.
> Washington, D.C. 20001
> (602) 514-7736
> raymond.woo@usdoj.gov